UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
AMNON GUTMAN,

                Plaintiff,

    - against -

MAXIM MEDIA INC.,

                Defendant.
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Jan. 23, 2020

**ORDER**
18 Civ. 2229 (ER)

RAMOS, D.J.:

    On January 15, 2019, the parties filed a signed stipulation of voluntary dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 13.[1] The Clerk of the Court is respectfully directed to close the case.

    It is SO ORDERED.

Dated:    January 23, 2020
           New York, New York

_____
Edgardo Ramos, U.S.D.J.

---

[1] The Court notes that the Clerk's Office issued a filing error notice because the PDF was titled incorrectly.